John M. Naylor
Nevada Bar No. 5435
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUNTER RIDLEY,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>        Defendant. | Case No. 2:26-cv-00481-GMN-NJK<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

Plaintiff Hunter Ridley and Defendant National Collegiate Athletic Association ("NCAA"), by and through their respective counsel of record, hereby submit this Joint Motion requesting an extension of the briefing deadlines on Plaintiff's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") (ECF Nos. 3 and 4) and a stay of the NCAA's obligation to respond to the Complaint (ECF No. 1) while the Motion is pending. In support of this motion, the Parties state as follows:

1.      On February 20, 2026, Plaintiff Hunter Ridley filed a Complaint (ECF No. 1) and the Motion.

2.      The Response to Plaintiff's Motion is currently due on March 6, 2026. (ECF No. 9).

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

4896-4676-3666\1

3. On February 23, 2026, the NCAA filed a Limited Response to the Motion, (ECF No. 5), which the Court requested to be responded to by March 2, 2026. The parties agree that Plaintiff may address any and all arguments contained in the Limited Response in his reply brief that the parties propose be due March 25, 2026 and that Plaintiff is not waiving any arguments.

4. The parties have conferred pursuant to Local Rule 7-4, regarding their respective schedules, and jointly propose a modified briefing schedule, such that Defendant's response deadline would be March 11, 2026, and Plaintiff's reply deadline would be March 25, 2026.

5. The parties also request that oral argument be set on the Motion on or after March 30, 2026, and at the earliest possible date at a time convenient for the Court.

6. The parties also conferred regarding the NCAA's obligation to respond to the Complaint, and the parties believe it will conserve their and the Court's resources to resolve the Motion before further development of the pleadings. Therefore, the parties also move to stay the NCAA's obligation to respond to the Complaint until 21 days after the Court's written order on the Motion.

7. WHEREFORE, Plaintiff Hunter Ridley and Defendant NCAA respectfully request this Court enter an Order directing that (1) Defendant NCAA's deadline to respond to Plaintiff's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF Nos. 3 and 4) is March 11, 2026; (2) Plaintiff's reply deadline is March 25, 2026; (3) oral argument shall be set at a time convenient for the Court and as soon as possible on or after March 30, 2026; and (4) the NCAA's deadline to respond to the Complaint shall be 21 days after the Court's written order on the Motion.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2

4896-4676-3666\1

Dated: March 5, 2026

NAYLOR & BRASTER

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ John M. Naylor
    John M. Naylor
    Nevada Bar No. 5435
    10100 W. Charleston Blvd., Suite 120
    Las Vegas, NV 89135

By: /s/ Brandon D. Wright
    Brandon D. Wright
    Nevada Bar No. 13286
    5555 Kietzke Lane, Suite 200
    Reno, NV 89511

*Attorney for National Collegiate Athletic Association*

*Attorney for Plaintiff*

**IT IS HEREBY ORDERED** that Defendant NCAA must file a Response to Plaintiff's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, (ECF No. 3), no later than March 11, 2026.

**IT IS FURTHER ORDERED** that Plaintiff must file a Reply to Defendant's Response no later than March 25, 2026.

**IT IS FURTHER ORDERED** that Defendant must file an Answer to Plaintiff's Complaint, (ECF No. 1), no later than 21 days from the entry of the Court's Order on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, (ECF No. 3).

**DATED** this _10_ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

4896-4676-3666\1

3

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 5th day of March 2026, I caused the document **JOINT MOTION TO EXTEND DEADLINES** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

/s/ Halee Mennear
An Employee of NAYLOR & BRASTER

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

4896-4676-3666\1

4